IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JOAN HAYNES and<br>TROY WAYNE HAYNES,<br><br>    Plaintiffs,<br><br>v.<br><br>MCCALLA RAYMER, LLC, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION FILE<br>NO. 1:11-cv-03149-TWT-LTW |

## **CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS**

Please take notice that on January 31, 2013, I served a true and correct copy of ***Defendants' First Set of Interrogatories, Request for Production, and Request for Admissions to Plaintiff*** on counsel for Plaintiffs via First-Class Mail, postage prepaid, addressed to:

> Joshua G. Davis
> J.G. Davis & Associates, LLC
> P.O. Box 7309
> Atlanta, Georgia  30357

I further certify that I prepared this document in 14 Point Times New Roman font and complied with the margin and type requirements of this Court.

>           /s/ Andrew G. Phillips
> Andrew Phillips
> Georgia Bar No. 575627

2

        McGuireWoods LLP
        1230 Peachtree Street, NE
        Promenade II, Suite 2100
        Atlanta, Georgia  30309-3534
        (404) 443-5724 (telephone)
        (404) 443-5773 (facsimile)
        aphillips@mcguirewoods.com

*Attorneys for Defendants Bank of America, N.A. and Mortgage Electronic Registration Systems, Inc.*