IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOAN HAYNES and <br> TROY WAYNE HAYNES, <br><br> Plaintiffs, <br><br> v. <br><br> MCCALLA RAYMER, LLC, et al. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )  CIVIL ACTION FILE <br> )  NO. 1:11-cv-03149-TWT-LTW <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2013, I served a true and correct copy of *Defendants' Notice of Deposition of Joan Haynes* via First-Class Mail, postage prepaid, addressed to:

Andrew C. Evans
Evans & Strickland, LLC
3001 Lookout Place, NE
Atlanta, GA 30305
*Counsel for Plaintiffs*

Robert Michael Sheffield
McCalla Raymer LLC
6 Concourse Parkway, Suite 2800
Atlanta, GA 30328
*Counsel for Defendant McCalla Raymer LLC*

/s/  Jarrod S. Mendel
Jarrod S. Mendel

3