IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOAN HAYNES, et al.,

   Plaintiffs,

  v.

MCCALLA RAYMER, LLC, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:11-CV-3149-TWT

ORDER

    This is an action to set aside a foreclosure sale. It is before the Court on the Report and Recommendation [Doc. 59] of the Magistrate Judge recommending denying the Defendant McCalla Raymer's Motion to Dismiss [Doc. 39]. The Defendant's arguments concerning new state court decisions are more appropriately addressed in a motion for judgment on the pleadings or a motion for summary judgment rather than in objections to a report and recommendation. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant McCalla Raymer's Motion to Dismiss [Doc. 39] is DENIED.

SO ORDERED, this 4 day of June, 2013.

                                      /s/Thomas W. Thrash
                                      THOMAS W. THRASH, JR.
                                      United States District Judge