IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOAN HAYNES, et al.,

  Plaintiffs,

    v.

MCCALLA RAYMER, LLC, et al.,

  Defendants.

CIVIL ACTION FILE
NO. 1:11-CV-3149-TWT

## ORDER

This is an action to set aside a foreclosure sale. It is before the Court on the Report and Recommendation [Doc. 59] of the Magistrate Judge recommending denying the Defendant McCalla Raymer's Motion to Dismiss [Doc. 39]. The Defendant's arguments concerning new state court decisions are more appropriately addressed in a motion for judgment on the pleadings or a motion for summary judgment rather than in objections to a report and recommendation. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant McCalla Raymer's Motion to Dismiss [Doc. 39] is DENIED.

T:\ORDERS\11\Haynes\r&r2.wpd

SO ORDERED, this 4 day of June, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge