## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| JOAN HAYNES, AND  : | |
| TROY WAYNE HAYNES,  : | |
| : | CASE NO. |
| PLAINTIFFS,  : | |
| : | 1:11-CV-03149-TWT-LTW |
| V.  : | |
| : | |
| MCCALLA RAYMER, LLC, *ET AL.,*  : | |
| : | |
| DEFENDANTS.  : | |
| _____  : | |

### NOTICE OF SERVICE DISCOVERY MATERIALS

Defendant McCalla Raymer, LLC ("Defendant" or "McCalla"), by and through its undersigned counsel of record, hereby informs the Court that the following discovery materials have been served on this date on all parties to this action by e-mail and/or by United States Mail:

1. DEFENDANT MCCALLA RAYMER, LLC'S FIRST REQUESTS FOR ADMISSIONS TO PLAINTIFFS JOAN HAYNES AND TROY W. HAYNES;

2. DEFENDANT MCCALLA RAYMER, LLC'S FIRST CONTINUING REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFFS JOAN HAYNES AND TROY W. HAYNES; AND

3. DEFENDANT MCCALLA RAYMER, LLC'S FIRST CONTINUING INTERROGATORIES TO PLAINTIFFS JOAN HAYNES AND TROY W. HAYNES

The originals of said discovery are being retained in the possession of McCalla in accordance with Civil Local Rule 26.3(A).

This <u>3rd</u> day of July, 2013.

                                               **MCCALLA RAYMER, LLC**

                                               <u>/s/ Brett C. Giordano</u>
                                               J. Thomas Howell
                                               Georgia Bar No. 594902
                                               Kyle C. Spurgeon
                                               Georgia Bar No. 237118
                                               Brett C. Giordano
                                               Georgia Bar No. 893327
                                               *Counsel for Defendant*
                                               *McCalla Raymer, LLC*

Six Concourse Parkway
Suite 2800
Atlanta, Georgia 30328
(678) 281-3931 - Direct
(678) 281-6500 - Main
(866) 679-7321 - Facsimile
bcg@mccallaraymer.com

2

## CERTIFICATION

The undersigned further certifies that this document has been prepared in accordance with the formatting requirements designated in Local Rule 5.1.

This 3rd day of July, 2013.

>/s/ Brett C. Giordano
>J. Thomas Howell
>Georgia Bar No. 594902
>Kyle C. Spurgeon
>Georgia Bar No. 237118
>Brett C. Giordano
>Georgia Bar No. 893327
>*Counsel for Defendant*
>*McCalla Raymer, LLC*

**MCCALLA RAYMER, LLC**
Six Concourse Parkway
Suite 2800
Atlanta, Georgia 30328
(678) 281-3931 - Direct
(678) 281-6500 - Main
(866) 679-7321 - Facsimile
bcg@mccallaraymer.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **NOTICE OF SERVICE OF DISCOVERY MATERIALS** has been served via United States Mail, postage pre-paid, in a properly addressed envelope to:

>Joan Haynes
>Troy Wayne Haynes
>1156 Folkstone Drive
>McDonough, Georgia 30253
>*Plaintiffs pro se*
>
>Jarrod S. Mendel
>**McGuire Woods LLP-GA**
>1230 Peachtree St., NE
>Suite 2100, Promenade II
>Atlanta, Georgia
>
>Andrew C. Evans
>**Evans & Strickland, LLC**
>3001 Lookout Place, NE
>Atlanta, Georgia 30305
>
>Joshua Gilbert Davis
>**J.G. Davis & Associates, LLC**
>P.O. Box 7309
>Atlanta, Georgia 30357

**[SIGNATURE ON FOLLOWING PAGE]**

This 3rd day of July, 2013.

/s/ Brett C. Giordano
J. Thomas Howell
Georgia Bar No. 594902
Kyle C. Spurgeon
Georgia Bar No. 237118
Brett C. Giordano
Georgia Bar No. 893327
*Counsel for Defendant*
*McCalla Raymer, LLC*

**MCCALLA RAYMER, LLC**
Six Concourse Parkway
Suite 2800
Atlanta, Georgia 30328
(678) 281-3931 - Direct
(678) 281-6500 - Main
(866) 679-7321 - Facsimile
bcg@mccallaraymer.com