IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOAN HAYNES and ) <br> TROY WAYNE HAYNES, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MCCALLA RAYMER, LLC, et al. ) <br> ) <br>     Defendants. ) <br> ) | CIVIL ACTION FILE <br> NO. 1:11-cv-03149-TWT-LTW |

## L.R. 5.4 CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS

Please take notice that on August 26, 2013, I served a true and correct copy of ***Defendant's First Set of Interrogatories, Request for Production, and Request for Admissions to Plaintiffs*** on counsel for Plaintiff via First-Class Mail, postage prepaid, addressed to:

Joshua G. Davis
J.G Davis and Associates, LLC
303 Perimeter Center North, Suite 300
Atlanta, GA 30346
*Attorney for Plaintiff*

Steven J. Flynn
McCalla, Raymer LLC
Six Concourse Parkway, Suite 2800
Atlanta, Georgia  303328
*Attorneys for McCalla Raymer LLC*

Pursuant to L.R. 5.4, I have retained the original discovery material.  I further certify that I prepared this document in 14 Point Times New Roman font and complied with the margin and type requirements of this Court.

                                                  /s/ Jarrod S. Mendel
Andrew Phillips
Georgia Bar No. 575627
Jarrod S. Mendel
Georgia Bar No. 435188
McGuireWoods LLP
1230 Peachtree Street, NE
Promenade II, Suite 2100
Atlanta, Georgia  30309-3534
(404) 443-5724 (telephone)
(404) 443-5773 (facsimile)
aphillips@mcguirewoods.com

*Attorneys for Defendants Bank of America, N.A.  and Mortgage Electronic Registration Systems*