IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOAN HAYNES, et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>MCCALLA RAYMER, LLC, et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:11-CV-3149-TWT |

**ORDER**

This is an action to set aside a foreclosure sale. It is before the Court on the Report and Recommendation [Doc. 102] of the Magistrate Judge recommending granting the Defendants' Motions for Summary Judgment [Doc. 78 & 80] and denying the Plaintiffs' Motion for Summary Judgment [Doc. 85]. For the reasons set forth in the thorough and well-reasoned Report and Recommendation, the Plaintiffs have no standing under Georgia law to challenge the assignment of their mortgage to Bank of America. Their claim against McCalla Raymer is barred by the one year statute of limitations. The Defendants' Motions for Summary Judgment [Doc. 78 & 80] are GRANTED. The Plaintiffs' Motion for Summary Judgment [Doc. 85] is DENIED.

SO ORDERED, this 7 day of August, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge